IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAROLD FORD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| JOHN H. MASTERS, et al. | : | NO. 02-4743 |

## ORDER

AND NOW, this _____ day of August, 2002, it appearing that on July 3, 2002, five prisoners, including Harold Ford, attempted to file one single petition in this court for Habeas Corpus relief under 28 U.S.C. §2254, and

it further appearing that the above-referenced single Habeas Corpus request for five prisoners was, on July 16, 2002, split by Order of this court into five separate lawsuits, and that Harold Ford's habeas corpus proceeding was relabeled as Civil Action Number 02-cv-4743, and

it further appearing that on July 16, 2002, this court Ordered Harold Ford to furnish this court within thirty (30) days with **_either_**: a completed in forma pauperis application; **_or_**, a check for five dollars, or else his civil action would be dismissed, and

it further appearing that as of this date, Harold Ford has supplied the court with neither a completed in forma pauperis application nor five dollars, it is hereby

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

_____
JOHN R. PADOVA, J.